Henry W. Robins, Respondent, v. Ernest C. Bertram, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

George F. Roosen, Appellant, v. Mary T. Denike and Sarah Beard, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Rosalia Rosenblum, Respondent, v. Leonard H. Wood, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Rich and Miller, JJ., concurred; Jenks and Burr, JJ., dissented.

Miles Rosenbluth, Respondent, v. Esther Surut, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the evidence does not establish duress. Woodward, Jenks, Burr and Miller, JJ., concurred; Rich, J., dissented.

Amalia Schaaf, Appellant, v. Morris Haber and Others, Defendants, Impleaded with Mary Haber and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

Josephine A. Schuller, Appellant, v. Filippo Todaro and Joseph Nicchia, Respondents.— Order reversed, with ten dollars costs and disbursements, on the ground that the complaint in Todaro v. Schuller * does not state a cause of action against the plaintiff in this action. Jenks, Burr, Thomas, Rich and Miller, JJ., concurred.

Annie M. Tredwell and Henry C. Tredwell, as Executors, etc., of Timothy Tredwell, Deceased, Respondents, v. Millard F. Smith, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error of the trial justice in admitting in evidence entries in a book purporting to be kept by Timothy Tredwell, deceased. (Vosburgh v. Thayer, 12 Johns. 461; Smith v. Smith, 163 N. Y. 168; Collins v. Carlin, 106 App. Div. 204.) Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Joseph Wallach, Respondent, v. R. Hudnut's Pharmacy, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Miller, JJ., concurred.

---

* See Todaro v. Somerville Realty Co. (136 App. Div. 767, and 137 id. ——).— [Rep.